IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| BUFFY S. WEBSTER,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | CV 17-89-BU-JCL<br><br>ORDER |

Based on the stipulation of the parties,

IT IS ORDERED that the above-captioned case be reversed and remanded to the Commissioner of Social Security for further administrative proceedings. On remand, the ALJ will reevaluate Plaintiff's conversion disorder and whether the impairment is severe, reevaluate Plaintiff's symptoms, and reevaluate the opinion evidence. The ALJ will obtain evidence from a medical expert.

This case is reversed and remanded pursuant to sentence four of 42 U.S.C § 405(g). The parties agree that Plaintiff will be entitled to reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon

proper presentation to this Court.

DATED this 31st day of May, 2018.

_____
Jeremiah C. Lynch
United States Magistrate Judge