UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BUFFY S. WEBSTER,<br><br>               Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>               Defendant. | Case No. CV-17-089-BU-JCL<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

** X    Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED that this case is reversed and remanded pursuant to sentence four of 42 U.S.C § 405(g).

      Dated this 31st day of May, 2018.

                                          TYLER P. GILMAN, CLERK

                                          By: /s/ Annie Puhrmann
                                          Annie Puhrmann, Deputy Clerk